UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| BOUNKUANG SOUIMANIPHANH | ) | |
| | ) | |
| v. | ) | |
| | ) | **Crim No. 04-129-P-S |
| UNITED STATES OF AMERICA, | ) | Civil No. 07-63-P-S |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 31, 2007, her Recommended Decision (Docket No. 10). Plaintiff filed her Objection to the Recommended Decision (Docket No. 11) on September 12, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 6) is **GRANTED** and Plaintiff's 28 U.S.C. § 2255 Motion (Docket No. 1) is **DENIED**.

/s/George Z. Singal
Chief U.S. District Judge

Dated: October 15, 2007